GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LANATA JR., | Case No. 2:24-cv-00303-CDS-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC and FIRSTBANK MORTGAGE PARTNERS, | |
| Defendants. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 12, 2024 through and including **April 11, 2024**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

- 1 -

Respectfully submitted, this 13th day of March, 2024.

| CLARK HILL PLLC | **<u>No opposition</u>** |
|---|---|
| By: /s/ Gia N. Marina | /s/ Gerardo Avalos |
| Gia N. Marina | George Haines, Esq. |
| Nevada Bar No. 15276 | Nevada Bar No. 9411 |
| 1700 South Pavilion Center Drive, Suite 500 | Gerardo Avalos, Esq. |
| Las Vegas, Nevada 89135 | Nevada Bar No. 15171 |
| Telephone: (702) 862-8300 | FREEDOM LAW GROUP |
| Facsimile: (702) 778-9709 | 8985 S. Eastern Ave., Suite 350 |
| Email: gmarina@clarkhill.com | Henderson, NV 89123 |
| *Attorney for Defendant Equifax Information Services LLC* | Phone: (702) 880-5554 |
|  | Fax: (702) 385-5518 |
|  | Email: ghaines@freedomlegalteam.com |
|  | Email: gavalos@freedomlegalteam.com |
|  | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  3/14/2024

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 13th day of March, 2024, via CM/ECF, upon all counsel of record:

By: /s/ Nicholas DiMattei, Jr.
An employee of CLARK HILL PLLC