UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| John Lanata, Jr., | Case No. 2:24-cv-00303-CDS-BNW |
| Plaintiff | **Ordering Plaintiff to Move for Default Judgment or Show Cause, and Setting Hearing** |
| v. | |
| Equifax Information Service, LLC, et al., | |
| Defendants | |

Plaintiff John Lanata, Jr. initiated this Fair Credit Reporting Act lawsuit against defendants Equifax Information Services, LLC and Firstbank Mortgage Partners in February 2024. Compl., ECF No. 1. In March 2024, Lanata, Jr. amended his complaint to remove Firstbank Mortgage Partners and add defendant Cenlar FSB. ECF No. 8. Lanata, Jr. served Cenlar with the summons and complaint on March 18, 2024—making Cenlar's answer due on April 8, 2024. ECF No. No. 11. Three months later, Cenlar has neither filed an answer to the complaint nor otherwise appeared; yet Lanata, Jr. has not moved for default Cenlar. **Consequently, Lanata, Jr. is ordered to move for default against Cenlar FSB or show cause why he is not doing so by July 8, 2024**.

Further, on April 14, 2024, I ordered Lanata, Jr. and defendant Equifax Information Services to file a stipulated dismissal or a joint status report by June 12, 2024. ECF No. 15. To date, neither has been filed. Accordingly, it is ordered that the parties must appear on June 25, 2024 at 10:00 a.m. in LV Courtroom 6B to provide a status update. The hearing will be vacated if a dismissal document is filed by June 21, 2024.

Dated: June 17, 2024

_____
Cristina D. Silva
United States District Judge