George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff John Lanata Jr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Lanata Jr., <br><br> Plaintiff <br><br> v. <br><br> Equifax Information Services LLC and Cenlar FSB, <br><br> Defendants | Case No.: 2:24-cv-00303-CDS-BNW <br><br> **Stipulation of dismissal of Equifax Information Services LLC with prejudice** |

     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, John Lanata Jr. and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///
///
///

_____
STIPULATION                                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 21, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff John Lanata Jr.*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

Based on the parties' stipulation, Equifax Information Services, LLC is dismissed with prejudice, with each party to bear its own costs and fees. The June 25, 2024 status conference is vacated.

_____
United States District Judge

Dated: June 24, 2024

STIPULATION - 2 -