DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (949)  475-9203
*dtblake@ww.law*

Attorneys for Defendant
CENLAR FSB

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LANATA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC AND CENLAR, FSB, <br><br> Defendants. | CASE NO.:   2:24-cv-00303-CDS-BNW <br><br> **Stipulation and Order to Extend Deadline for Cenlar, FSB, to File Response to Plaintiff's Complaint** |

Plaintiff, John Lanata, Jr. ("Plaintiff") and Defendant Cenlar FSB ("Defendant"), by and through their respective counsels of record, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint shall be extended until August 8, 2024.

The reason for the extension is that the Parties are engaged in good faith settlement discussion. The parties have entered into the agreement in good faith and not for any improper

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

4956426.1

purpose or delay.  This is the parties' first request for an extension.

**IT IS SO STIPULATED.**

DATED:  July 5, 2024                                         DATED: July 5, 2024

Wolfe & Wyman, LLP                                      Freedom Law Firm, LLC


By:*/s/ David T. Blake*                                        By:*/s/ Gerardo Avalos*
    DAVID T. BLAKE, ESQ.                              Geoge Haines, Esq.
    6757 Spencer Street                                     Gerardo Avalos, Esq.
    Las Vegas, NV  89119                                 8985 S. Eastern Ave., Suite 100
    Attorneys for Defendant                             Las Vegas, Nevada 89123
    **CENLAR, FSB**                                              Attorneys For Plaintiff
                                                                               **John Lanata Jr.**

4956426.1

*JOHN LANATA, JR., vs.*
*EQUIFAX INFORMATION SERVICES, LLC AND CENLAR, FSB*
*CASE NO.:        2:24-cv-303-CDS-BNW*

## ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall have until August 8, 2024, to file a response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated: July 8, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4956426.1

**CERTIFICATE OF SERVICE**

On July 5, 2024, 2024, I served **Stipulation and Order to Extend Deadline for Cenlar, FSB, to File Response to Plaintiff's Complaint,** by the following means to the persons as listed below:

__X___    a.    All parties on the Court's ECF System:

_____    b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary).

*/s/ Doris Ligat*
An employee of WOLFE & WYMAN LLP

4956426.1

## Doris R. Ligat

| | |
|---|---|
| **From:** | David T. Blake |
| **Sent:** | Wednesday, July 3, 2024 4:44 PM |
| **To:** | Doris R. Ligat |
| **Subject:** | FW: Lanata Jr. v. Equifax et al. |
| **Attachments:** | SAO to Extend Response Deadline.DOCX |

Can you included Gerardo's signature and submit this for filing?

1758-143

Dave



**David T. Blake, Attorney at Law**
WOLFE & WYMAN LLP
6757 Spencer Street • Las Vegas, NV  89119
Tel. (702) 476-0100 • Fax  (702) 476-0101
Email:  dtblake@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  You will be promptly reimbursed for all costs of mailing.  Thank you.

**From:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Sent:** Wednesday, July 3, 2024 3:54 PM
**To:** David T. Blake <dtblake@ww.law>
**Subject:** RE: Lanata Jr. v. Equifax et al.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,

This looks good, you are welcome to file with my signature. Have a Happy Fourth of July.

Kind regards,

*Gerardo Avalos, Esq.*
Freedom Law Firm
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123 (Henderson Office)

1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144 (Summerlin Office)
www.FreedomLegalTeam.com

1

Frequently Asked Questions




**Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation**

**We will never send you a REQUEST for a WIRE TRANSFER.
Always call to verify if you receive a payment request.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.

---

**From:** David T. Blake <dtblake@ww.law>
**Sent:** Wednesday, July 3, 2024 12:31 PM
**To:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Subject:** RE: Lanata Jr. v. Equifax et al.

I just finished up on the draft. Let me know if this is okay and if so, I'll put your electronic signature and file.

Dave



David T. Blake, Attorney at Law
WOLFE & WYMAN LLP
6757 Spencer Street • Las Vegas, NV  89119
Tel. (702) 476-0100 • Fax  (702) 476-0101
Email:  dtblake@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  You will be promptly reimbursed for all costs of mailing.  Thank you.

---

**From:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Sent:** Wednesday, July 3, 2024 12:17 PM
**To:** David T. Blake <dtblake@ww.law>
**Subject:** RE: Lanata Jr. v. Equifax et al.

2