DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (949)  475-9203
*dtblake@ww.law*

Attorneys for Defendant
CENLAR FSB

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LANATA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC AND CENLAR, FSB, <br><br> Defendants. | CASE NO.:    2:24-cv-00303-CDS-BNW <br><br> **Stipulation and Order to Extend Deadline for Cenlar, FSB, to File Response to Plaintiff's Complaint** |

    Plaintiff, John Lanata, Jr. ("Plaintiff") and Defendant Cenlar FSB ("Defendant"), by and through their respective counsels of record, hereby agree and stipulate as follows:

    IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint shall be extended until September 9, 2024.

    The reason for the extension is that the Parties are engaged in good faith settlement discussion. The parties have entered into the agreement in good faith and not for any improper

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

4984698.1

purpose or delay.  This is the parties' first request for an extension.

**IT IS SO STIPULATED.**

DATED:  August 8, 2024                                         DATED:  August 8, 2024

Wolfe & Wyman, LLP                                             Freedom Law Firm, LLC


By:*/s/ David T. Blake*                                              By:*/s/ Gerardo Avalos*
    DAVID T. BLAKE, ESQ.                                       Geoge Haines, Esq.
    6757 Spencer Street                                         Gerardo Avalos, Esq.
    Las Vegas, NV  89119                                        8985 S. Eastern Ave., Suite 100
    Attorneys for Defendant                                     Las Vegas, Nevada 89123
    **CENLAR, FSB**                                             Attorneys For Plaintiff
                                                                **John Lanata Jr.**

4984698.1

*JOHN LANATA, JR., vs.*
*EQUIFAX INFORMATION SERVICES, LLC AND CENLAR, FSB*
*CASE NO.:       2:24-cv-00303-CDS-BNW*

### ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall have until September 9, 2024, to file a response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated: 8/12/2024

By: _____
UNITED STATES MAGISTRATE JUDGE

3

4984698.1

## CERTIFICATE OF SERVICE

On August 8, 2024, I served **Stipulation and Order to Extend Deadline for Cenlar, FSB, to File Response to Plaintiff's Complaint,** by the following means to the persons as listed below:

__X___  a.  All parties on the Court's ECF System:

_____  b.  United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary).

*/s/ Doris Ligat*
An employee of WOLFE & WYMAN LLP

4

4984698.1